UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**ELIZABETH ROGERS DEPRERI, M.D.,**

    Plaintiff,

v.                             Case No. 3:19-cv-1418-HES-LLL

**MAYO CLINIC JACKSONVILLE**
**(A Nonprofit Corporation), a**
**Florida non-profit corporation,**

    Defendant.
_____/

## O R D E R

This matter is before this Court on a Stipulation of Dismissal (Dkt. 76).

Accordingly, it is ORDERED:

1. The Stipulation of Dismissal (Dkt. 76) is **GRANTED**; and this case is **DISMISSED with prejudice**, without costs to either party; and

2. The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ENTERED** at Jacksonville, Florida, this 22d day of December, 2021.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Michael E. Lockamy, Esq.
Scott T. Fortune, Esq.
Larry S. Perlman, Esq.

Sarah Y. Guo, Esq.

2